1
 The People of the State of Colorado, Petitioner/Cross-Respondent v. Charles James Crabtree. Respondent/Cross-Petitioner No. 22SC589
Supreme Court of Colorado, En Banc
March 6, 2023

 Court
 of Appeals Case No. 20CA629

 Petition
 for Writ of Certiorari GRANTED. Cross-Petition for Writ of
 Certiorari DENIED.

 [REFRAMED]
 Whether the court of appeals erred in using a plain-error
 standard in light of Linnebur v. People, 2020 CO
 79M, 476 P.3d 734.

 Whether
 the court of appeals erred in holding that under plain error,
 it does not matter whether the law was settled at the time
 the error occurred, so long as the error is
 "obvious" at the time of appeal, in contravention
 of this court's holding in Scott v. People, 2017
 CO 16.

 DENIED
 AS TO ALL OTHER ISSUES.